| | AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | BPA Michael Everson | Telephone: | (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Carlos CEJA-GRIMALDO

Case No.   Case: 2:24–mj–30375
Assigned To : Unassigned
Assign. Date : 8/30/2024
USA V. CEJA–GRIMALDO (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 27, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a), (b)(1) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about August 27, 2024, in the Eastern District of Michigan, Southern Division, Carlos CEJA-GRIMALDO, an alien from Mexico, who had previously been convicted of a felony offense and was subsequently denied admission, excluded, deported, and removed therefrom on or about February 8, 2021, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), (b)(1).

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Everson, BPA
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 30, 2024__

City and state: __Detroit, MI__

_____
Judge's signature

Elizabeth A. Stafford, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Carlos CEJA-GRIMALDO, which reveals the following:

2. Carlos CEJA-GRIMALDO is a 46-year-old male, native and citizen of Mexico, who last entered the United States at an unknown place, on an unknown date, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about September 11, 2004, CEJA-GRIMALDO was arrested by the U.S. Border Patrol at or near Otay Mesa, California. CEJA-GRIMALDO was granted a Voluntary Return. CEJA-GRIMALDO was returned to Mexico via Otay Mesa, California.

4. On or about September 15, 2004, CEJA-GRIMALDO was arrested by Campo Station Border Patrol Agents near Campo, California. CEJA-GRIMALDO was processed under the alias of Nieto PLASCENTIA-FELIPE and granted a Voluntary Return. CEJA-GRIMALDO was returned to Mexico via Tecate, California.

5. On or about September 23, 2004, CEJA-GRIMALDO was arrested by Border Patrol Agents near San Diego, California. On October 19, 2004, an Immigration Judge ordered CEJA-GRIMALDO removed from the United States. CEJA-GRIMALDO was removed to Mexico via San Ysidro, California, on or about October 21, 2004.

6. On or about October 21, 2009, CEJA-GRIMALDO was arrested by the Loudon County Sheriff's Office in Loudon County, Tennessee for motor vehicle theft. On November 4, 2009 CEJA-GRIMALDO was convicted of a reduced charge of joyriding.

1

7. On or about November 5, 2009, CEJA-GRIMALDO was arrested by Immigrations and Customs Enforcement (ICE) at the Louden County Jail in Lenoir City, Tennessee. CEJA-GRIMALDO was processed as a Reinstate Prior Order of Removal. CEJA-GRIMALDO was then removed to Mexico via New Orleans, Louisiana, on or about November 23, 2009.

8. On or about February 1, 2011, CEJA-GRIMALDO was arrested by Detroit Border Patrol Agents. His prior order of removal was reinstated. CEJA-GRIMALDO was removed to Mexico via Laredo, Texas, on or about February 8, 2011.

9. On or about November 16, 2011, CEJA-GRIMALDO was arrested by ICE in Wayne County, Michigan, and his prior order of removal was reinstated. On March 5, 2012, CEJA-GRIMALDO was convicted under 8 U.S.C. § 1326(a)(1), Unlawful Re-entry of a Removed Alien, in the Eastern District of Michigan. CEJA-GRIMALDO was sentenced to three months' imprisonment. He was removed to Mexico on or about March 27, 2012, through Laredo, Texas.

10. On or about July 30, 2012, CEJA-GRIMALDO was arrested by Dearborn Police officers and was charged with Operating Under the Influence and Driving without a License. On September 19, 2012, he was convicted for the same charges and was sentenced to time served.

11. On or about September 20, 2012, CEJA-GRIMALDO was arrested by ICE at the Dearborn Police Department in Michigan. His prior order of removal was reinstated. On February 1, 2013, CEJA-GRIMALDO was convicted of Unlawful Re-Entry in violation of 8 U.S.C. § 1326 in the Eastern District of Michigan. On February 25, 2013, CEJA-GRIMALDO was sentenced to 12 months and one day of imprisonment and 24 months of supervised release. CEJA-GRIMALDO was removed to Mexico via Laredo, Texas, on or about August 28, 2013.

12. On or about September 26, 2013, CEJA-GRIMALDO was apprehended by Tucson Station Border Patrol agents at or near Sasabe, Arizona. His prior order of removal was reinstated. On September 27, 2013, CEJA-GRIMALDO was convicted in the District of Arizona of Unlawful Entry in violation 8 U.S.C. § 1325(a)(1) and sentenced to 180 days imprisonment, pursuant to a fast-track plea agreement.

13. On February 24, 2014, CEJA-GRIMALDO was sentenced to 12 months imprisonment in the Eastern District of Michigan, to be followed by one

year of supervised release, for violating the terms of the supervised release on his February 25, 2013, sentence. CEJA-GRIMALDO'S February 24, 2014, sentence was to be served consecutively to the sentence imposed on September 27, 2013 in the District of Arizona. CEJA-GRIMALDO was subsequently removed to Mexico via Del Rio, Texas, on or about February 6, 2015.

14. On or about March 1, 2015, CEJA-GRIMALDO was arrested by Nogales Border Patrol Agents in Arizona. His prior order of removal was reinstated. CEJA-GRIMALDO was removed back to Mexico via Nogales, Arizona, on or about March 4, 2015.

15. On or about March 31, 2015, CEJA-GRIMALDO was apprehended by Nogales Border Patrol Agents at or near Nogales, Arizona. His prior order of removal was reinstated. On November 18, 2015, CEJA-GRIMALDO was convicted in the District of Arizona of violating 8 U.S.C. § 1326(a), Reentry of a Removed Alien, with a sentence enhancement pursuant to 8 U.S.C. § 1326(b)(1) and was sentenced to 15 months' imprisonment and two years of supervised release.

16. On November 18, 2015, CEJA-GRIMALDO was sentenced in the District of Arizona to six months in prison for violating the terms of the supervised release that had been imposed by the Eastern District of Michigan on February 24, 2014. CEJA-GRIMALDO was then removed to Mexico via San Ysidro, California, on or about July 19, 2016.

17. On or about April 22, 2019, CEJA-GRIMALDO was arrested by Detroit Station Border Patrol Agents in Linden, Michigan. His prior order of removal was reinstated. On August 14, 2019, CEJA-GRIMALDO was convicted for violations of 8 U.S.C. § 1326(a), 8 U.S.C. § 1326(b)(1) – Unlawful Re-Entry and was sentenced to 24 months imprisonment to be followed by 24 months of Supervised Release. On or about February 8, 2021, CEJA-GRIMALDO was removed back to Mexico through Brownsville, Texas.

18. On or about August 27, 2024, CEJA-GRIMALDO was encountered by Detroit Border Patrol Agents during a traffic stop in the City of Detroit, MI. CEJA-GRIMALDO freely admitted to being illegally present in the United States. His prior order of removal was reinstated.

19. CEJA-GRIMALDO's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The

results revealed that CEJA-GRIMALDO is a citizen of Mexico who has been previously removed from the United States. The record checks did not provide any evidence that CEJA-GRIMALDO legally entered the United States or had been issued any legal immigration document to allow him to enter or remain in the United States.

20. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code, to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

21. Review of the Alien File (A# xxx xxx 598) for Carlos CEJA-GRIMALDO and queries in U.S. Border Patrol computer databases confirm no record exists of CEJA-GRIMALDO obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his removal on or about February 8, 2021.

22. Based on the above information, I believe there is probable cause to conclude that Carlos CEJA-GRIMALDO, is an alien who had previously been convicted of a felony offense and was subsequently excluded, deported and removed from the United States, was found in the United States, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a) and Section 1326(b)(1).

Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Elizabeth A. Stafford
Honorable Elizabeth A. Stafford
United States Magistrate Judge

Date: August 30, 2024